# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 629 MAL 2017

                : 

          Respondent    :    Petition for Allowance of Appeal from

                :    the Order of the Superior Court

                : 

            v.           : 

                : 

                : 

SYEEN HILL,                 : 

                : 

          Petitioner    : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.